UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 10-36537 |
|---|---|
|    Toby Dean Cook | (Chapter 13) |
|    Rexann Dilbeck Cook | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077782**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | Toby Dean Cook & Rexann Dilbeck Cook<br>6527 Burkwood Drive<br>Clayton, OH  45315 | 28.03 |

   /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/19/2011

Certificate of Service 10-36537

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Toby Dean Cook | GREGORY TURNER | (49.1n) |
| Rexann Dilbeck Cook | 207 SOUTH MAIN STREET | ATLAS ACQUISITIONS LLC |
| 6527 Burkwood Drive | BOX 339 | 294 UNION ST |
| Clayton, OH  45315 | ENGLEWOOD, OH  45322 | HACKENSACK, NJ  07601 |
| | | |
| (53.1n) | (50.1n) | |
| CYNTHIA A JEFFREY | SCOTT P CIUPAK | |
| BOX 968 | 4500 COURTHOUSE BLVD | |
| TWINSBURG, OH  44087 | SUITE 400 | |
| | STOW, OH  44224 | |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv